UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
UNITED STATES OF AMERICA,

                                                      24-CR-188-01 (LAK)

    v.

YISROEL HEBER,

                    Defendant.
------------------------------ x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Defendant YECHIEL MESHI-ZAHAV to be released today upon his own signature on a PRB for $100,000 with 3 FRPs to sign within two weeks; travel restricted to the SDNY and EDNY, and surrender of travel documents.

       SO ORDERED.

Dated:     April 9, 2024

                                                                 Hon. Lewis A. Kaplan
                                                                United States District Judge