

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 10, 2024



**BY ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Heber et al.*, **24 Cr. 188 (LAK)**

Dear Judge Kaplan:

The Government respectfully writes, with the consent of the defendants, to request that the Court order the conditions of pretrial release specified below for the defendants in the above-referenced case.

For defendant Yisroel Heber:

- A personal recognizance bond in the amount of $100,000, cosigned by three financially responsible persons;
- Pretrial supervision as directed by Pretrial Services;
- Travel restricted to the Southern District of New York and the Eastern District of New York;
- Surrender travel documents to Pretrial Services and make no new applications for travel documents;
- Open no new bank accounts or lines of credit without approval of Pretrial Services;
- Make financial disclosures regarding assets, liabilities, and monthly cash flow to Pretrial Services for purposes of the Bail Reform Act; and
- No contact with co-defendant except in the presence of counsel.

For defendant Yechiel Meshi-Zahav:

- A personal recognizance bond in the amount of $100,000, cosigned by three financially responsible persons;
- Pretrial supervision as directed by Pretrial Services;
- Travel restricted to the Southern District of New York and the Eastern District of New York;
- Surrender travel documents to Pretrial Services and make no new applications for travel documents;
- Open no new bank accounts or lines of credit without approval of Pretrial Services;

Page 2

- No contact with co-defendant except in the presence of counsel;
- Submit to urinalysis testing and, if positive, participate in outpatient drug treatment as directed by Pretrial Services;
- Do not possess firearms, destructive devices, or other weapons; and
- Surrender firearms to local law enforcement and obtain written documentation of having done so.

The defendants shall remain on pretrial release on their own signatures provided that they sign bonds containing the above-listed conditions, either electronically or in person, on or before April 11, 2024, with all remaining conditions to be met by April 23, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/_____
Alexandra S. Messiter
Assistant United States Attorney
(212) 637-2544

cc: Counsel of record (via ECF)

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ

4/10/24