## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536

April 23, 2024

SENIOR COUNSEL
PAUL R. GRAND
———
COUNSEL
PIPPA HYDE***
JASMINE JUTEAU
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-24

**BY ECF**
Hon. Lewis A. Kaplan
United States District Judge
 for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Heber*, 24 Cr. 188 (LAK)

Dear Judge Kaplan:

I write with no objection from the Government respectfully to request a minor modification of the conditions of pretrial release this Court imposed for my client, Yisroel Heber, by order dated April 10, 2024.  (Dkt. 11.)  Specifically, this Court imposed a bond of $100,000 with three cosigners, with a deadline of today.  Last week, all three cosigners signed the bond, provided copies to the Government (which provided them to the Court), and mailed the originals to the Court.  In addition, a Government representative read all three the conditions of the bond, and they all verbally agreed.  Today, the Court's clerk's office called the cosigners to swear to the bond; the clerk's office reached one, but two of the cosigners, located in California, are observing Passover, during which the use of electronic devices is not permitted.  As a result of their observance, these two cosigners will not be reachable until at least Thursday of this week.

Accordingly, I respectfully request, with no objection from the Government, that the Court extend the deadline until Friday this week, April 26, 2024, for two of the co-signers to speak with the clerk's office.  I thank the Court for its attention to this matter.

Granted.

**SO ORDERED**

_____
**LEWIS A. KAPLAN, USDJ**

cc: All counsel (by ECF)

4/23/24

Respectfully submitted,

/s/ Brian A. Jacobs

Brian A. Jacobs

**MEMO ENDORSED**