

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 14, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-17-24

**BY ECF**

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     **Re:** *United States v. Heber et al.*, 24 Cr. 188 (LAK)

Dear Judge Kaplan:

     The Government respectfully writes, on consent, to request an adjournment of the status conference scheduled for June 18, 2024.

     The Indictment charges two defendants with a wire fraud conspiracy. One of the charged defendants, Yisroel Heber, is scheduled to appear before Magistrate Judge Cott for a plea proceeding on Monday, June 17, 2024. The Government is actively discussing a potential resolution with the other charged defendant, Yechiel Meshi-Zahav, but does not anticipate completing these discussions until after the scheduled status conference date.

     Therefore, the parties respectfully request that the Court adjourn the status conference for approximately 90 days. The Government also respectfully requests that, to allow the parties to continue to discuss the disposition of this matter, the Court exclude time through the rescheduled conference date, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). Each defendant consents to this exclusion of time.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

     by: ___/s/_____

     James Mandilk
     Assistant United States Attorney
     (212) 637-2453

cc:   Counsel of record (via ECF)

SO ORDERED

LEWIS A. KAPLAN

*Conf. adjourned to 9/5/24 at 10 am. Time excluded to and including 9/5/24 for reasons stated.*