## Morvillo Abramowitz Grand Iason & Anello PC

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
(212) 880-9536

July 17, 2024

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938- 2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/24

**BY ECF**

Hon. Lewis A. Kaplan
United States District Judge
 for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Heber*, 24 Cr. 188 (LAK)

Dear Judge Kaplan:

    I write with no objection from the Government and Pretrial Services to respectfully request a minor modification of the bail conditions this Court imposed for my client, Yisroel Heber, by order dated April 9, 2024.  (Dkt. 6.)  Mr. Heber's bail conditions limit his travel to the S.D.N.Y. and E.D.N.Y.  Over the weekend, Mr. Heber's brother-in-law's mother passed away, and he would like to attend Shiva tomorrow, July 18, 2024, at the residence of the deceased in New Jersey.  If granted permission to travel, Mr. Heber will drive to New Jersey on July 18, 2024 and return to his home later that evening.

    I have conferred with the Government and Pretrial Services, who advised me that they have no objection to the requested bail modification.  The New Jersey address was provided to the Government and Pretrial Services.

    I thank the Court for its attention to this matter.

                    Respectfully submitted,

                    /s/ *Brian A. Jacobs*

                    Brian A. Jacobs

cc: All counsel (by ECF)

Granted.

SO ORDERED    7/17/24

LEWIS A. KAPLAN, USDJ