**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/24
```

August 29, 2024

**MEMO ENDORSED**

**BY ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Heber et al.*, 24 Cr. 188 (LAK)

Dear Judge Kaplan:

The Government respectfully writes, on consent, to request an adjournment of the status conference scheduled for September 5, 2024.

The Indictment charges two defendants with a wire fraud conspiracy. One of the charged defendants, Yisroel Heber, entered a guilty plea before Magistrate Judge Cott on Monday, June 17, 2024. The Government is actively discussing a potential resolution with the other charged defendant, Yechiel Meshi-Zahav ("Zahav"), but does not anticipate completing these discussions until after the scheduled status conference date.

Therefore, the Government and Zahav respectfully request that the Court adjourn the status conference for approximately 30 days. The Government also respectfully requests that, to allow the parties to continue to discuss the disposition of this matter, the Court exclude time through the rescheduled conference date, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). Zahav consents to this exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
James Mandilk
Assistant United States Attorney
(212) 637-2453

cc:   Counsel of record (via ECF)

*Conference adjourned until 10/9/24 at 10 a.m. Time excluded to and including 10/9/24, for reasons stated, the interests of justice being thereby outweighing the interests of the public and the defendant in a speedy trial.*

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
8/30/24