## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. MCKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
(212) 880-9536
January 23, 2025

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES



RECEIVED JAN 24 2025 JUDGE KAPLAN'S CHAMBERS

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Judge
 for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Yisroel Heber, et al.*, S1 24 Cr. 188 (LAK) (S.D.N.Y.)

Dear Judge Kaplan:

I write on behalf of Yisroel Heber to request redactions to the transcript of Mr. Heber's sentencing on December 11, 2024, *see* Dkt. No. 57, in advance of the transcript becoming available to the public on April 17, 2025.

The Southern District of New York's ECF Privacy Policy and Your Honor's Individual Rules of Practice for Sentencing Proceedings state that parties may redact the five categories of "sensitive information" and the six categories of "information requiring caution." The proposed redactions relate to the six categories of "information requiring caution." This information was included in Mr. Heber's sentencing submission (in redacted form), and the privacy concerns that warrant the redaction of such information from a sentencing submission apply with equal force to the redaction of that information in the sentencing transcript here.

Accordingly, I respectfully request that the Court order the transcript of Mr. Heber's sentencing to be redacted consistent with the proposed redactions highlighted in the copy of the transcript we have submitted to the Court by email in conjunction with this motion. The government has no objection to this request.

*Granted*
/s/ LAK 2/11/25

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/25