# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD A. ALBERT
ROBERT J. ANELLO
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

February 19, 2025

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Judge
for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Yisroel Heber, et al.*, S1 24 Cr. 188 (LAK) (S.D.N.Y.)

Dear Judge Kaplan:

I represent Yisroel Heber in the above-referenced case. I write to respectfully request that the Court enter an order allowing Pretrial Services to release Mr. Heber's passport to Estrella Heber (Ms. Heber's wife) or a member of my firm. Mr. Heber's sentencing was held on December 11, 2024, and the Court sentenced Mr. Heber to a term of 15 months' imprisonment. Yesterday, Mr. Heber surrendered to the Bureau of Prisons to begin serving his sentence. Mr. Heber's assigned Pretrial Services Officer stated that Pretrial Services requires an order from the Court before it can release a passport. Neither the government nor Pretrial Services has an objection to this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Brian A. Jacobs

Brian A. Jacobs

cc: All counsel (by ECF)

SO ORDERED
Granted
_____
LEWIS A. KAPLAN, USDJ
2/25/25

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-25-25