

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
  UNITED STATES OF AMERICA             :
                                       :    1:24CR00188-1 (LAK)
        -against-                      :    ORDER
                                       :
    Yisroel Heber                      :
                                       :
        Supervisee                     :
                                       :
---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/26

Honorable Lewis A. Kaplan, Senior United States District Judge:

The Court orders the Conditions of Supervised Release be Modified to include the following;

The participant shall be monitored by location monitoring for a period of Ninety (90) Days, using specific technology to be determined by the U.S. Probation Office. The participant is restricted to his ~~their~~ residence every day as directed by the supervising officer (curfew). The participant shall abide by all technology requirements and shall pay all or part of the costs of participation in the location monitoring program, as directed by the Court and supervising officer.

SO ORDERED:

Dated: April 16, 2026
       New York, New York

Honorable Lewis A. Kaplan,
Senior U.S. District Judge